## STATE OF CONNECTICUT *v.* MICHAEL KOWALYSHYN

The defendant's petition for certification for appeal from the Appellate Court, 118 Conn. App. 711 (AC 29336), is denied.

*Glenn W. Falk,* special public defender, in support of the petition.

*James M. Ralls,* senior assistant state's attorney, in opposition.

Decided February 9, 2010

## STATE OF CONNECTICUT *v.* ALLEN ROSARIO

The defendant's petition for certification for appeal from the Appellate Court, 118 Conn. App. 389 (AC 29414), is denied.

*Mary Anne Royle,* special public defender, in support of the petition.

*Ronald G. Weller,* senior assistant state's attorney, in opposition.

Decided February 9, 2010

## STATE OF CONNECTICUT *v.* COREY MAPP

The defendant's petition for certification for appeal from the Appellate Court, 118 Conn. App. 470 (AC 29483), is denied.

*Anthony E. Parent,* special public defender, in support of the petition.

*Michele C. Lukban,* senior assistant state's attorney, in opposition.

Decided February 9, 2010